IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No.   04-cv-0592-WDM-PAC

THE KIT CARSON STATE BANK,

    Plaintiff(s),

v.

JACQUELINE L. HATCHER,
MIKE SPINI,
HUGHES LIVESTOCK, INC.,

    Defendant(s).
_____

**ORDER**
_____

    This matter is before me on the plaintiff's Motion to Vacate Trial Preparation Conference and Trial and Status Report, as well as defendant Hughes Livestock, Inc.'s Confession of Judgment and a notice of bankruptcy of Michael W. Spini who is represented to be defendant Mike Spini.  Given these filings, plaintiff requests that the trial and trial preparation conference dates be vacated, judgment enter against Hughes Livestock, Inc. in the amount of $144,358.85, and this matter be administratively closed as to defendant Spini, being the only remaining claims pending.

    Plaintiff does not advise of the basis for the judgment figure against Hughes Livestock, Inc., presumably based upon the so-called "May 15, 2003 promissory note" described in the complaint.  Without further information I am unable to enter the requested judgment.  Otherwise, the relief should be granted.

    Accordingly, it is ordered:

1. Given the automatic stay in defendant Spini's bankruptcy, this matter is administratively closed as to defendant Michael W. Spini, also known as Mike Spini, pursuant to D.C.COLO.LCivR 41.2, subject to reopening for good cause.   If no action is taken to reopen this case on or before September 20, 2006, the case will be dismissed without prejudice without further notice to any party;

2. The trial preparation conference, scheduled for September 26, 2005, and the trial, scheduled to commence October 11, 2005, are vacated; and

3. For purposes of obtaining judgment against defendant Hughes plaintiff shall submit:

a. Stipulation of the parties or affidavit establishing the amount of the judgment, including identifying the principal amount, any interest, costs or attorneys' fees;

b. Suggested form of judgment; and

c. If appropriate, the original promissory note to be cancelled or debited upon entry of judgment.

DATED at Denver, Colorado, on September 20, 2005.

BY THE COURT:


/s/ Walker D. Miller
United States District Judge

PDF FINAL