IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 04-cv-00592-WDM-PAC

THE KIT CARSON STATE BANK,

    Plaintiff(s),

v.

JACQUELINE L. HATCHER,
MIKE SPINI and
HUGHS LIVESTOCK, INC.,

    Defendant(s).

_____

**MINUTE ORDER**
_____

    The following Minute Order is entered by Judge Walker D. Miller:

    Plaintiff's motion for entry of judgment filed November 7, 2005, is denied without prejudice (if filed within 10 days) to refile a motion complying with D.C.COLO.LCivR 7.1A and that complies with Judge Miller's September 20 order to submit an affidavit or stipulation.

Dated: December 6, 2005

                                                                                             _____
                                                                                 /s/ Jane Trexler, Secretary/Deputy Clerk