IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 04-cv-00592-WDM-PAC

THE KIT CARSON STATE BANK, a Colorado corporation,

    Plaintiff,

v.

JACQUELINE L. HATCHER,
MIKE SPINI, and
HUGHS LIVESTOCK, INC., a Kansas corporation,

    Defendants.

## ORDER DIRECTING ENTRY OF JUDGMENT

Miller, J.

This matter is before me on Plaintiffs' second motion for entry of judgment against Defendant Hughes Livestock, Inc. (Hughes), filed December 16, 2005. The motion is supported by a confession of judgment (Confession) signed by Jacqueline L Hatcher, Vice President of Hughes Livestock, Inc, dated September 12, 2005, and an affidavit of Karen C. Padilla, Branch Manager of Kit Carson State Bank's Cheyenne Wells Office. After considering the parties' filings, I find that entry of judgment is appropriate.

In their Confession, Hughes consents to the entry of judgment against them in the amount of $144,358.85 plus interest at the lawful rate. This figure is comprised of:

| | |
|---|---:|
| Principal: | $113,156.60 |
| Interest through Sept. 2, 2005: | 15,632.82 |
| (Attorneys') Fees: | 14,851.20 |
| Costs: | 718.23 |
| Total: | $144,358.85 |

(Padilla Aff. 2.)  Given the parties' stipulation to the amount, I assume that the attorneys' fees are reasonable.

Accordingly, it is ordered:

1. The motion for entry of judgment, filed December 16, 2005 (Docket No. 38), is granted.

2. Judgment shall enter in favor of the Kit Carson State Bank and against Defendant Hughs Livestock, Inc. in the amount of $144,358.85 plus statutory interest, from and after September 2, 2005, until the full amount of judgment is paid.

3. Given the prior suggestion of bankruptcy of Defendant Jacqueline L. Hatcher, this case is administratively closed pursuant to D.C.Colo.LCivR 41.2.  If no action is taken to reopen the case before September 20, 2006, the case shall be dismissed without prejudice without further notice.

DATED at Denver, Colorado, on January 25, 2006.

BY THE COURT:

s/ Walker D. Miller
United States District Judge

PDF FINAL